UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re:                                    )
                                          )
                                          )
**KRYSTAL, ROBERT R**                     )   Bankruptcy Case No. 15-82951 TML
**KRYSTAL, KATHLEEN R**                   )   Chapter 7
                                          )
Debtor(s).                                )

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 22, 2017, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

KRYSTAL, ROBERT R
KRYSTAL, KATHLEEN R
1547 BIRMINGHAM LN
CRYSTAL LAKE, IL 60014

LAURENCE A. WILBRANDT
65 SOUTH VIRGINIA STREET
CRYSTAL LAKE, IL 60014
*(Via ECF Electronic Transmission)*

Patrick Layng
219 S. Dearborn Street
Room 873
Chicago, IL 60604
*(Via ECF Electronic Transmission)*

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

American Express Bank, FSB
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Alliant Credit Union VISA
11545 W. Touhy Ave
Chicago, IL 60666

MIDLAND FUNDING LLC
PO Box 2011
Warren, MI 48090

Capital One Auto Finance, division Capital One NA
POB 201347
Arlington, TX 76006

Citibank, N.A.
c/o Quantum3 Group LLC
PO Box 280
Kirkland, WA 98083-0280

Portfolio Recovery Associates, LLC
Successor to SYNCHRONY BANK (WAL-MART)
POB 12914
Norfolk, VA 23541

Portfolio Recovery Associates, LLC
Successor to Synchrony Bank
(TOYS R US CREDIT CARD)
POB 12914
Norfolk, VA 23541

/s/ Debbie M. Harris

JAMES E. STEVENS, Trustee
6833 Stalter Drive
Rockford, IL 61108
Phone: (815) 962-6611
Fax: (815) 962-1758
jstevens@bslbv.com