# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: KRYSTAL, ROBERT R    § Case No. 15-82951
       KRYSTAL, KATHLEEN R  §
                            §
Debtor(s)                   §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $304,919.02                     Assets Exempt: $77,152.02
*(without deducting any secured claims)*

Total Distribution to Claimants: $50,867.69       Claims Discharged
                                                  Without Payment: $39,790.67

Total Expenses of Administration: $8,132.31

3) Total gross receipts of $ 59,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $59,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $227,389.84 | $18,660.93 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 8,132.31 | 8,132.31 | 8,132.31 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 90,740.08 | 50,996.16 | 50,996.16 | 50,867.69 |
| **TOTAL DISBURSEMENTS** | $318,129.92 | $77,789.40 | $59,128.47 | $59,000.00 |

4) This case was originally filed under Chapter 7 on November 24, 2015. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/27/2017           By: /s/JAMES E. STEVENS
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Estate of Barbara Rogers | 1229-000 | 59,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$59,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Capital One Auto Finance, division Capital One NA | 4210-000 | N/A | 18,660.93 | 0.00 | 0.00 |
| NOTFILED | Bank of America | 4110-000 | 207,449.84 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Auto Finance | 4110-000 | 19,940.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$227,389.84** | **$18,660.93** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JAMES E. STEVENS | 2100-000 | N/A | 6,200.00 | 6,200.00 | 6,200.00 |
| Other - Barrick, Switzer, Long, Balsley & Van Evera | 3210-000 | N/A | 1,755.00 | 1,755.00 | 1,755.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 32.99 | 32.99 | 32.99 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 45.85 | 45.85 | 45.85 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 42.91 | 42.91 | 42.91 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 55.56 | 55.56 | 55.56 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $8,132.31 | $8,132.31 | $8,132.31 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 11,348.50 | 11,550.18 | 11,550.18 | 11,521.09 |
| 2 | Discover Bank | 7100-000 | 12,466.32 | 12,466.32 | 12,466.32 | 12,434.91 |
| 3 | American Express Bank, FSB | 7100-000 | 5,927.48 | 5,965.48 | 5,965.48 | 5,950.45 |
| 4 | Alliant Credit Union VISA | 7100-000 | 8,518.94 | 8,739.84 | 8,739.84 | 8,717.82 |
| 5 | MIDLAND FUNDING LLC | 7100-000 | N/A | 939.63 | 939.63 | 937.26 |
| 7 | Citibank, N.A. | 7100-000 | 4,137.46 | 4,473.69 | 4,473.69 | 4,462.42 |
| 8 | Citibank, N.A. | 7100-000 | 1,477.57 | 1,477.57 | 1,477.57 | 1,473.85 |
| 9 | Portfolio Recovery Associates, LLC | 7100-000 | 4,172.10 | 2,103.88 | 2,103.88 | 2,098.58 |
| 10 | Portfolio Recovery Associates, LLC | 7100-000 | 3,029.51 | 3,279.57 | 3,279.57 | 3,271.31 |
| NOTFILED | Barbara Rodgers | 7100-000 | 14,900.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase c/o United Recovery Systems | 7100-000 | 2,780.59 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Disney VISA | 7100-000 | 1,687.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase c/o Nationwide Credit, Inc. | 7100-000 | 7,351.69 | N/A | N/A | 0.00 |
| NOTFILED | Sam's Club Credit c/o Synchrony Bank | 7100-000 | 800.99 | N/A | N/A | 0.00 |
| NOTFILED | First Bankcard (1st Ntl Bk Omaha) c/o Fresh View | 7100-000 | 4,915.52 | N/A | N/A | 0.00 |
| NOTFILED | McHenry Dental Specialists, LLC c/o Transworld Systems, | 7100-000 | 565.80 | N/A | N/A | 0.00 |
| NOTFILED | Chase bank USA N.A. c/o MRS Assoc. of New Jersey | 7100-000 | 1,933.19 | N/A | N/A | 0.00 |
| NOTFILED | 1st National Bank of Omaha | 7100-000 | 4,727.42 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $90,740.08 | $50,996.16 | $50,996.16 | $50,867.69 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-82951  
**Case Name:** KRYSTAL, ROBERT R  
KRYSTAL, KATHLEEN R  
**Period Ending:** 06/27/17

**Trustee:** (330420)  JAMES E. STEVENS  
**Filed (f) or Converted (c):** 11/24/15 (f)  
**§341(a) Meeting Date:** 12/29/15  
**Claims Bar Date:** 05/12/16

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 1547 Birmingham Ln, Crystal Lake, IL 60014 | 210,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash on hand | 50.00 | 0.00 | | 0.00 | FA |
| 3 | Great Lakes Credit Union | 1,173.00 | 0.00 | | 0.00 | FA |
| 4 | Chase Checking Account 0390 | 568.00 | 0.00 | | 0.00 | FA |
| 5 | PNC Bank checking 0935 | 20.00 | 0.00 | | 0.00 | FA |
| 6 | 3 bedroom sets, 2 couches, 3 chairs, 5 book shel | 2,700.00 | 0.00 | | 0.00 | FA |
| 7 | Superhero/Starwars Collectibles | 150.00 | 0.00 | | 0.00 | FA |
| 8 | Clothing & Personal effects | 700.00 | 0.00 | | 0.00 | FA |
| 9 | 1 man's wedding band | 50.00 | 0.00 | | 0.00 | FA |
| 10 | 1 woman's engagement and wedding band, 1 emerald | 1,800.00 | 0.00 | | 0.00 | FA |
| 11 | 1 9mm handgun, 3 kayaks, 1 set golf clubs, fishi | 600.00 | 0.00 | | 0.00 | FA |
| 12 | MassMutual Financial Group 403(b) | 65,797.02 | 0.00 | | 0.00 | FA |
| 13 | IMRF 3667 (not vested) | 0.00 | 0.00 | | 0.00 | FA |
| 14 | 2010 Honda Odyssey | 18,460.00 | 0.00 | | 0.00 | FA |
| 15 | 2005 Ford Explorer | 2,851.00 | 0.00 | | 0.00 | FA |
| 16 | Estate of Barbara Rogers (u) See Order to Compromise Controversy entered September 19, 2016. | 0.00 | 58,000.00 | | 59,000.00 | FA |
| **16** | **Assets  Totals** (Excluding unknown values) | **$304,919.02** | **$58,000.00** | | **$59,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    June 30, 2017        **Current Projected Date Of Final Report (TFR):**    April 12, 2017  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 15-82951 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | KRYSTAL, ROBERT R | | Bank Name: | Rabobank, N.A. |
| | KRYSTAL, KATHLEEN R | | Account: | ******7666 - Checking Account |
| Taxpayer ID #: | **-***6758 | | Blanket Bond: | $4,396,000.00  (per case limit) |
| Period Ending: | 06/27/17 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/05/16 | {16} | KATHLEEN AND ROBERT KRYSTAL | MONIES PER ORDER MOTHER'S ESTATE | 1229-000 | 30,000.00 | | 30,000.00 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.99 | 29,967.01 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.85 | 29,921.16 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.91 | 29,878.25 |
| 01/23/17 | {16} | Kathleen and Robert Krystal | final payment per Order re inheritance | 1229-000 | 29,000.00 | | 58,878.25 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.56 | 58,822.69 |
| 04/13/17 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $1,755.00, Attorney for Trustee Fees (Other Firm);  Reference: | 3210-000 | | 1,755.00 | 57,067.69 |
| 04/13/17 | 102 | JAMES E. STEVENS | Dividend paid 100.00% on $6,200.00, Trustee Compensation;  Reference: | 2100-000 | | 6,200.00 | 50,867.69 |
| 04/13/17 | 103 | American Express Bank, FSB | Dividend paid 99.74% on $5,965.48; Claim# 3; Filed: $5,965.48; Reference: | 7100-000 | | 5,950.45 | 44,917.24 |
| 04/13/17 | 104 | Alliant Credit Union VISA | Dividend paid 99.74% on $8,739.84; Claim# 4; Filed: $8,739.84; Reference: | 7100-000 | | 8,717.82 | 36,199.42 |
| 04/13/17 | 105 | MIDLAND FUNDING LLC | Dividend paid 99.74% on $939.63; Claim# 5; Filed: $939.63; Reference: | 7100-000 | | 937.26 | 35,262.16 |
| 04/13/17 | 106 | Portfolio Recovery Associates, LLC | Dividend paid 99.74% on $2,103.88; Claim# 9; Filed: $2,103.88; Reference: | 7100-000 | | 2,098.58 | 33,163.58 |
| 04/13/17 | 107 | Portfolio Recovery Associates, LLC | Dividend paid 99.74% on $3,279.57; Claim# 10; Filed: $3,279.57; Reference: | 7100-000 | | 3,271.31 | 29,892.27 |
| 04/13/17 | 108 | Citibank, N.A. | Combined Check for Claims#7,8 | | | 5,936.27 | 23,956.00 |
| | | | Dividend paid 99.74%  4,462.42 on $4,473.69;  Claim# 7; Filed: $4,473.69 | 7100-000 | | | 23,956.00 |
| | | | Dividend paid 99.74%  1,473.85 on $1,477.57;  Claim# 8; Filed: $1,477.57 | 7100-000 | | | 23,956.00 |
| 04/13/17 | 109 | Discover Bank | Combined Check for Claims#1,2 | | | 23,956.00 | 0.00 |
| | | | Dividend paid 99.74%  11,521.09 on $11,550.18;  Claim# 1; Filed: $11,550.18 | 7100-000 | | | 0.00 |
| | | | Dividend paid 99.74%  12,434.91 on $12,466.32;  Claim# 2; Filed: $12,466.32 | 7100-000 | | | 0.00 |

Subtotals :  $59,000.00     $59,000.00

{} Asset reference(s)

Printed: 06/27/2017 03:36 PM    V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 15-82951 | | **Trustee:** | JAMES E. STEVENS (330420) |
| **Case Name:** | KRYSTAL, ROBERT R | | **Bank Name:** | Rabobank, N.A. |
| | KRYSTAL, KATHLEEN R | | **Account:** | ******7666 - Checking Account |
| **Taxpayer ID #:** | **-***6758 | | **Blanket Bond:** | $4,396,000.00  (per case limit) |
| **Period Ending:** | 06/27/17 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 59,000.00 | 59,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 59,000.00 | 59,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$59,000.00** | **$59,000.00** | |

| | | | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|---|---|
| | | | **TOTAL - ALL ACCOUNTS** | | | |
| | | | **Checking # ******7666** | 59,000.00 | 59,000.00 | 0.00 |
| | | | | **$59,000.00** | **$59,000.00** | **$0.00** |

{} Asset reference(s)     Printed: 06/27/2017 03:36 PM    V.13.30